**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INFINITE DATA, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. 14-cv-00391-RGA |
| § | |
| § | JURY TRIAL REQUESTED |
| INTEL CORPORATION AND § | |
| QLOGIC CORPORATION § | |
| § | |
| Defendant. § | |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement and License Agreement, Plaintiff, Infinite Data, LLC ("IDL"), and Defendants, Intel Corporation and QLogic Corporation ("Defendants"), have agreed to settle, adjust and compromise all claims and counterclaims in the above-captioned action. IDL and Defendants, therefore, move this Court to dismiss the above-entitled cause and all claims and counterclaims of the parties made therein with prejudice to the re-filing of same.

IDL and Defendants further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

Dated:  October 21, 2014                     Respectfully submitted,

Phillips, Goldman & Spence, P.A.             Farnan LLP

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com
dab@pgslaw.com

*Attorneys for Defendant QLogic Corporation*

*/s/ Rosemary J. Piergiovanni*
Brian E. Farnan (Bar No. 4089)
Rosemary J. Piergiovanni (Bar No. 3655)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Morris, Nichols, Arsht & Tunnell LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Ethan H. Townsend (#5813)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
etownsend@mnat.com

*Attorneys for Defendant Intel Corporation*